IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,**<br><br>    Plaintiff,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF INTERIOR,**<br><br>    Defendant. | **Civil Action No.:** 1:17-cv-2019-RCL |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), undersigned counsel Nina Robertson hereby notifies the court of the withdrawal of her appearance in this case. David A. Bahr has entered an appearance in this case, and the signature of the represented party, Northwest Environmental Advocates, is included below.

*/s/ Nina Bell*

Nina Bell
Northwest Environmental Advocates

Respectfully submitted this 5th day of March, 2018.

/s/ Nina Robertson
Nina Robertson (D00370)
Earthrise Law Center
Lewis & Clark Law School
57 Post Street, Suite 804
San Francisco, CA 94104
Tel: 847-636-1486
Email: nrobertson@lclark.edu

2

        David A. Bahr, D.D.C. Bar #OR001  
        Bahr Law Offices, P.C.  
        1035 1/2 Monroe Street  
        Eugene, Oregon 97402  
        Tel: 541-556-6349  
        Email: davebahr@mindspring.com

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2018, I served the foregoing with the corresponding Notice of Electronic Filing via CM/ECF system, which sent notification of such filing to all attorneys of record.

/s/ Nina C. Robertson
Nina Robertson (D00370)
Earthrise Law Center
Lewis & Clark Law School
57 Post Street, Suite 804
San Francisco, CA 94104
Tel: 847-636-1486
Email: nrobertson@lclark.edu