David A. Bahr, D.D.C. Bar #OR001
Bahr Law Offices, P.C.
1035 1/2 Monroe Street
Eugene, Oregon 97402
Tel: 541-556-6349
Email: davebahr@mindspring.com

Lia Comerford, OSB #141513
(Application for admission *pro hac vice* pending)
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland OR 97219-7799
Tel: 503-768-6823
Email: comerfordl@lclark.edu

*Plaintiff's Attorneys*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR,<br><br>    Defendant. | **Civil Action No.:** 1:17-cv-2019-RCL |

[PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY LIA COMERFORD *PRO HAC VICE*

The Court has reviewed the Plaintiff's motion for admission of attorney Lia Comerford *pro hac vice*. Upon consideration of that motion, the Court grants attorney Lia Comerford *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: 3/19/18

_____
United States District Judge

1