UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST ENVIRONMENTAL ADVOCATES, )
)
)
Plaintiff, )   Civil Action No. 17-CV-2019 (RCL)
)
v. )
)
UNITED STATES DEPARTMENT OF INTERIOR, )
)
Defendant. )

**ORDER**

Upon consideration of the Unopposed Motion for Extension of Time to File Defendant's Dispositive Motion and Proposed Briefing Schedule, and the entire record herein, it is hereby ORDERED that Defendant's motion is GRANTED.

It is FURTHER ORDERED that the following schedule shall apply to the filing of dispositive motions for this case:

- Defendant's motion for summary judgment, along with any Vaughn index, shall be filed on or before July 19, 2018;

- Plaintiff's combined opposition to Defendant's motion for summary judgment and any cross-motion for summary judgment shall be filed on or before September 14, 2018;

- Defendant's combined reply in further support of its motion for summary judgment and opposition to any cross-motion for summary judgment shall be filed on or before October 25, 2018; and

- Plaintiff's reply in further support of any cross-motion for summary judgment shall be filed on or before December 7, 2018.

Dated: 3/19/18

_____
ROYCE C. LAMBERTH
United States District Judge