UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17-CV-2019 (RCL) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, | ) ) ) ) | |
| Defendant. | ) ) | |

**UNOPPOSED MOTION TO VACATE BRIEFING SCHEDULE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant moves to vacate the briefing schedule in this case. In support of the instant motion, Defendant states as follows:

1. Defendant's current deadline to file its motion for summary judgment is October 11, 2018. ECF No. 16, Order dated Aug. 7, 2018. That Order provides a briefing schedule with additional filing deadlines.

2. On September 20, 2018, Plaintiff advised that it will not pursue this Freedom of Information Act case and provided a settlement demand for attorneys' fees and costs.

3. The agency has advised that it needs additional time to review Plaintiff's settlement demand.

4. To allow the parties time to attempt to resolve attorneys' fees and costs without the Court's involvement, Defendant's counsel proposed that the parties file a stipulation of dismissal or a joint status report on or before November 27, 2018. In the event the parties file a joint status report on or before November 27, 2018, the parties would request additional time to

try to resolve fees and costs without the Court's involvement or provide a briefing schedule regarding fees and costs.

5. The undersigned conferred via email with Plaintiff's counsel about Defendant's motion to vacate the briefing schedule and Defendant's proposal to file either a stipulation of dismissal or a joint status report on or before November 27, 2018.

6. Plaintiff's counsel replied in an email that Plaintiff does not object to Defendant's motion to vacate the briefing schedule or to Defendant's proposal to file either a stipulation of dismissal or a joint status report on or before November 27, 2018.

WHEREFORE, Defendant respectfully requests that the Court vacate the briefing schedule and allow the parties to file either a stipulation of dismissal or a joint status report on or before November 27, 2018.  A proposed order is attached.

Dated:  October 10, 2018

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*