UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | )<br>)<br>) |
| Plaintiff, | )  Civil Action No. 17-CV-2019 (RCL)<br>) |
| v. | )<br>) |
| UNITED STATES DEPARTMENT OF INTERIOR, | )<br>)<br>) |
| Defendant. | )<br>) |

**JOINT STATUS REPORT**

Pursuant to the Minute Order dated October 16, 2018, the parties respectfully submit this joint status report.

On September 20, 2018, Plaintiff provided a settlement demand for attorneys' fees and costs. The agency needs additional time to review and respond to Plaintiff's settlement demand.

The parties request that the Court allow the parties to submit another joint status report on or before January 9, 2019, in order to provide the parties additional time to try to resolve fees and costs without the Court's involvement or provide a briefing schedule regarding fees and costs.

Dated:  November 27, 2018

Respectfully submitted,

\_\_\_/s/ David Bahr_____
David Bahr (D.D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439
davebahr@mindspring.com

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee_____
MARSHA W. YEE
Assistant United States Attorney

| | |
|---|---|
| ___/s/ Lia Comerford___<br>Lia Comerford<br>Earthrise Law Center<br>Lewis & Clark Law School<br>10015 SW Terwilliger Blvd.<br>Portland OR 97219-7799<br>Tel: 503-768-6823<br>Email: comerfordl@lclark.edu<br><br>*Counsel for Plaintiff* | Civil Division<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Telephone:  (202) 252-2539<br>Email:  Marsha.Yee@usdoj.gov<br><br>*Counsel for Defendant* |