UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br><br>Defendant. | Civil Action No. 17-2019 (RCL) |

### UNOPPOSED MOTION FOR A STAY AND EXTENSION OF TIME IN LIGHT OF LAPSE OF APPROPRIATIONS

Pursuant to Federal Rule of Civil Procedure ("Rule") 6 and by and through its undersigned counsel, Defendant the U.S. Department of Interior ("Interior") respectfully moves to stay this action, and to extend Interior's deadlines in it, due to the ongoing lapse in appropriations. Plaintiff, through counsel, has informed the undersigned that Plaintiff does not oppose the relief sought by this Motion. The grounds for this Motion are as follows.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("DOJ") expired and appropriations to DOJ lapsed. Undersigned understands that funding for Interior has similarly lapsed. DOJ does not know when funding will be restored by Congress. Absent appropriated funds, DOJ attorneys, including the Assistant United States Attorney assigned to this matter, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, Interior, through undersigned counsel (who is the supervisor of the Assistant United States Attorney assigned to this matter), respectfully requests that this action be stayed

during the lapse in appropriations and that the Court extend all pending deadlines in this action commensurate with the calendar day duration of the lapse in appropriations.  Interior further proposes to file a status report within seven (7) calendar days after Congress has appropriated funds for DOJ and Interior notifying the parties and the Court that the lapse has ceased and what Interior understands to be the new deadlines for pending matters consistent with the above noted extension request.

## CONCLUSION

For the foregoing reasons, Interior respectfully requests that this action be stayed and that all pending deadlines be extended as set forth above.  A proposed order is enclosed herewith.

Dated:  January 4, 2019
       Washington, DC

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division


By: _____/s/_____
    BRIAN P. HUDAK
    Deputy Chief, Civil Division
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2549

*Attorneys for the United States of America*