UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17-2019 (RCL) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Order dated January 16, 2019, ECF No. 21, defendant notifies the Court and plaintiff that an appropriations act providing funding to the Department of Justice ("DOJ") for a three-week period of time was enacted on January 25, 2019. Consequently, DOJ attorneys, including the undersigned Assistant United States Attorney assigned to this case, are now authorized by law to resume work on civil matters, including matters that are not "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

In the joint status report that was filed on November 27, 2018, the parties proposed filing another joint status report by January 9, 2019, in order to provide the parties with additional time to try to resolve fees and costs without the Court's involvement. ECF No. 19. The Court, however, did not enter an Order requiring the parties to file a joint status report by January 9, 2019. The lapse in appropriations to DOJ lasted 35 days. The thirty-fifth day from January 9, 2019, is February 13, 2019.

Defendant anticipates providing its response to plaintiff's demand next week and respectfully requests that the Court allow the parties to submit another joint status report on or before March 26, 2019, in order to provide the parties additional time to try to resolve fees and costs without the Court's involvement or provide a briefing schedule regarding fees and costs.

Dated: February 1, 2019

                                        Respectfully submitted,

                                        JESSIE K. LIU, D.C. Bar # 472845
                                        United States Attorney

                                        DANIEL F. VAN HORN, D.C. Bar # 924092
                                        Chief, Civil Division

                                        By: /s/ Marsha W. Yee
                                        MARSHA W. YEE
                                        Assistant United States Attorney
                                        Civil Division
                                        United States Attorney's Office
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        Telephone: (202) 252-2539
                                        Email: Marsha.Yee@usdoj.gov

                                        *Counsel for Defendant*